PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronnie Shabazz                                   Cr.: 04-193-01

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 12-20-04

Original Offense: Possesion of a Weapon by a Convicted Felon (18 U.S.C. 922(g)(1)

Original Sentence: 37 months custody

Type of Supervision: TSR                                   Date Supervision Commenced: 10-14-05

Assistant U.S. Attorney: Camelia Valdes                    Defense Attorney: Kevin Carlucci

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'
  | On October 25, 2005, Shabazz tested positive for heroin. He verbally admitted his use on October 24, 2005 and signed an *Admission of Drug-Use Form*.

PROB 12C - Page 2
Ronnie Shabazz

2     The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

Shabazz failed to appear on November 17 and 21, 2005, for a drug/alcohol evaluation. This evaluation was to be performed by the U.S. Probation Office.

3     The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

Shabazz failed to report to the U.S. Probation Office as directed, on October 25, 2005 and December 1, 6, and 12, 2005. He has failed to respond to written correspondence and telephone calls and his current whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin Villa
U.S. Probation Officer
Date: December 19, 2005

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _to Be Set_
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/28/05
Date

Dennis M. Cavanaugh
U.S. District Judge